```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 02128
   WALINDA JUANITA POLLARD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3554
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 02/07/2007 and was confirmed 06/20/2007.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  23.00%.

The case was dismissed after confirmation 11/12/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT | SECURED NOT I | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 4943.11 | .00 | 4943.11 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4957.89 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 7264.04 | .00 | .00 |
| CHARMING SHOPPES | UNSECURED | 481.16 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 521.88 | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 302.00 | .00 | .00 |
| KIM CASTEBERRY | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1077.35 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3481.11 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 2424.92 | .00 | 51.85 |
| WORLDWIDE ASSET PURCHASI | UNSECURED | 2966.61 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 63.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1218.20 | .00 | .00 |
| DOLLIE I WARREN REED | DEBTOR ATTY | 2,500.00 |  | 2,500.00 |
| TOM VAUGHN | TRUSTEE |  |  | 582.55 |
| DEBTOR REFUND | REFUND |  |  | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 8,077.51 |  |
| PRIORITY |  | .00 |
| SECURED |  | 4,943.11 |
| UNSECURED |  | 51.85 |

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 02128 WALINDA JUANITA POLLARD

```
ADMINISTRATIVE                                              2,500.00
TRUSTEE COMPENSATION                                          582.55
DEBTOR REFUND                                                    .00
                                       ---------------  ---------------
TOTALS                                        8,077.51         8,077.51
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 02/25/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```